1 **LAQUER, URBAN, CLIFFORD & HODGE LLP**
Susan Graham Lovelace, State Bar No. 160913
2    Email: Lovelace@luch.com
225 South Lake Avenue, Suite 200
3 Pasadena, California 91101-3030
Telephone: (626) 449-1882
4 Facsimile: (626) 449-1958

5 Attorneys for Plaintiffs, Trustees of the Southern California
IBEW-NECA Pension Plan, et al.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, CONTRACT COMPLIANCE FUND, NATIONAL ELECTRICAL INDUSTRY FUND, LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, and ADMINISTRATIVE MAINTENANCE FUND,<br><br>        Plaintiffs,<br><br>       vs.<br><br>RUBICO, INC., a California corporation; and ROUPEN TANIELIAN, an individual doing business as "RUBICO CONSTRUCTION CO." and "RUBICO, INC.,"<br><br>        Defendants. | CASE NO: 2:09-cv-04973-PA-RZ<br><br>**RENEWAL OF JUDGMENT BY CLERK**<br><br>[Cal. Code Civ. Proc. §§ 683.110-683.220; Fed. R. Civ. Proc. Rule 69]<br><br>[NO HEARING REQUIRED] |

Judgment was entered on December 1, 2009, in the amount of $8,811.22, plus post-judgment interest as provided by law, in favor of Plaintiffs/Judgment Creditors, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Cooperation Committee, Contract Compliance Fund, National Electrical Industry Fund, Los Angeles Electrical Workers Credit Union, and Administrative Maintenance Fund (collectively, "Judgment Creditors"), and against Defendants/Judgment Debtors, Rubico, Inc. and Roupen Tanielian.

Abstracts of Judgment have been recorded as follows:

| County | Instrument Number | Recording Date |
|---|---|---|
| Los Angeles | 2010-0502250 | April 13, 2010 |
| Riverside | 2016-0006284 | January 7, 2016 |
| San Bernardino | 2016-0055326 | February 11, 2016 |
| Orange | 2016000005217 | January 6, 2016 |
| Ventura | 20160106-00001664-0 | January 6, 2016 |
| San Diego | 2016-0009687 | January 8, 2016 |

**NOW**, upon application for renewal of judgment by Judgment Creditors, and upon declaration showing that Rubico, Inc. and Roupen Tanielian have failed to satisfy the total amount of said judgment and are indebted to Judgment Creditors,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment against Rubico, Inc. and Roupen Tanielian be renewed in the amount of $8,948.20, as follows:

///

///

///

|   |     |                                                                |            |
|---|-----|----------------------------------------------------------------|------------|
| a.| Judgment                                                         | $8,811.22  |
| b.| Costs after Judgment                                             | $    0.00  |
| c.| Interest after judgment computed from 12/01/2009 through 08/08/2019 at 0.27% | $  230.54 |
| d.| Less Credits                                                     | $   93.56  |
| e.| Total Renewed Judgment                                           | $8,948.20  |

Dated: August 14, 2019

*Margo Mead*
CLERK OF THE COURT